# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFINA VAZQUEZ RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-cv-02455-KES-SAB-HC<br><br>ORDER APPOINTING COUNSEL<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT |

Petitioner Rodolfina Vazquez Rodriguez is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition was signed and submitted by Petitioner's husband.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958). However, the Criminal Justice Act authorizes the appointment of counsel at any stage of the proceeding for financially eligible persons if "the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). To determine whether to appoint counsel, the "court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved." Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

1

Based on the length of time in which Petitioner has been in immigration detention, the Court hereby authorizes Petitioner to proceed in forma pauperis without prepayment of the filing fee for this action. See 28 U.S.C. § 1915. In light of the complexity of the legal issues involved, the Court has determined that the interests of justice require the appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel is APPOINTED for Petitioner;

2. The Clerk of the Court shall serve a copy of this order and the petition, via email, on the Federal Defender's Office at cae_appointments_habeas@fd.org;

3. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL identify counsel and send counsel's contact information to undersigned's courtroom deputy, and counsel will be added as counsel for Petitioner;

4. Such appointment, as necessary, will be *pro hac vice* to the CJA Panel and to this District in this matter only;

5. This appointment will be *nunc pro tunc* to the Federal Defender contacting counsel about this appointment on a date given to the courtroom deputy; and

6. Within fourteen (14) days of the date of service of this order, the parties shall file a joint statement regarding case management and a proposed briefing schedule.

IT IS SO ORDERED.

Dated:  __**April 1, 2026**__                         _____
                                                                          STANLEY A. BOONE
                                                                          United States Magistrate Judge

2