# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFINA VAZQUEZ RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-cv-02455-KES-SAB-HC<br><br>ORDER APPOINTING COUNSEL<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 2, 2026, the Court appointed counsel for Petitioner. (ECF No. 4.) Per the Court's order, the Court has been notified of counsel's information.

Accordingly, IT IS HEREBY ORDERED that:

1.  Attorney Erin J. Radekin is APPOINTED, nunc pro tunc to April 9, 2026, as counsel for Petitioner.

2.  The Clerk of Court is DIRECTED to update the docket to reflect Erin J. Radekin, 2012 H Street, Suite 200 Sacramento, CA 95811, (916) 504-3931, erinjradekin@gmail.com, as counsel for Petitioner in this matter.

IT IS SO ORDERED.

Dated:    **April 10, 2026**

STANLEY A. BOONE
United States Magistrate Judge