# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFINA VAZQUEZ RODRIGUEZ, | Case No. 1:26-cv-02455-KES-SAB-HC |
| Petitioner, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| WARDEN, CALIFORNIA CITY DETENTION FACILITY, | |
| Respondent. | |

On April 28, 2026, Petitioner filed an amended petition, and the parties stipulated that Respondent would file an answer to the amended petition within seven days. (ECF Nos. 9, 10.)

Accordingly, the Court HEREBY ORDERS that:

1. Respondent SHALL file a response to the amended petition on or before May 5, 2026; and

2. Petitioner MAY file a reply within seven (7) days of the date of service of Respondent's response.

IT IS SO ORDERED.

Dated: __**April 29, 2026**__

STANLEY A. BOONE
United States Magistrate Judge