UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RODOLFINA VAZQUEZ RODRIGUEZ,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY,

Respondent.

No. 1:26-cv-02455-KES-SAB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO AMEND

Docs. 9, 13, 17, 19

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 5, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting respondent's motion to dismiss, dismissing the first amended petition without prejudice, and granting petitioner leave to file a second amended petition. Doc. 17. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. On August 11, 2026, petitioner filed objections. Doc. 18. That same day, petitioner filed a motion for leave to file a second amended petition. Doc. 19. To date, no reply to petitioner's objections or opposition to the motion for leave to file a second amended petition have been filed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including petitioner's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis. In her objections,

petitioner indicates that she does not object to the recommendation that leave to amend be granted and requests that the court not dismiss this action. Doc. 18 at 1. The court will grant petitioner leave to file an amended petition, and petitioner's remaining objections do not provide a basis for rejecting the findings and recommendations.

The Court ORDERS:

1. The findings and recommendations, Doc. 17, are ADOPTED.
2. Respondent's motion to dismiss, Doc.13, is GRANTED.
3. The first amended petition for writ of habeas corpus, Doc. 9, is DISMISSED without prejudice.
4. The referral (Doc. 20) of petitioner's motion for leave to file a second amended petition is withdrawn, and petitioner's motion for leave to file a second amended petition, Doc. 19, is GRANTED.
5. Petitioner is DIRECTED to file the second amended petition within seven (7) days of the date of service of this order.
6. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: September 11, 2026

UNITED STATES DISTRICT JUDGE