UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Rodolfina Vazquez Rodriguez (A-Number: A-233-673-028),

Petitioner,

v.

Warden, California City Detention Facility,

Respondent.

No. 1:26-cv-02455-KES-SAB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING IMMEDIATE RELEASE

Doc. 22, 26

Petitioner Rodolfina Vazquez Rodriguez is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 13, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the second amended petition and ordering petitioner's immediate release. Doc. 26. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. On October 27, 2026, respondent filed objections, but they did not identify any specific objection to the findings and recommendations. Doc. 27. Respondents stated only that they were objecting "for the reasons stated in their Motion to Dismiss the Petition for Writ of Habeas Corpus." Doc. 27.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondent's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 26, are ADOPTED in full.
2. The second amended petition for writ of habeas corpus, Doc. 22, is GRANTED on claim one.
3. The Court ORDERS that respondents release petitioner Rodolfina Vazquez Rodriguez (A-Number: A-233-673-028) immediately. Respondent is ENJOINED and RESTRAINED from using the adjustment of status process to re-detain petitioner, including at or near any future interview related to petitioner's application for adjustment of status.[1]
4. Respondent is ORDERED to provide petitioner with a copy of this Order upon petitioner's release.
5. The Clerk of Court is directed to close this case and enter judgment for petitioner.
6. The Clerk is directed to terminate any remaining motions as moot.
7. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: October 30, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.